# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN



19

~~Bryan Cary~~
~~Andrew Bills~~
Andrew A. Bills
Bryan Cary

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

MAT Lines Staff, et al.,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case: 2:25-cv-13446
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 10/29/2025
Description: PRIS Bills, et al v. MAT Line Staff, et al (jo)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
              *(check one)*



FILED
OCT 29 2025
CL[ERK]
DETROIT

POOR QUALITY ORIGINAL

## Complaint for Violation of Civil Rights
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

Plaintiffs information continued)

Andrew Bills #424911
ARF
2727 E. Beecher St.
Adrian, MI 49221

Bryan Cary #264436
ARF
2727 E. Beecher St
Adrain Mich 49221

2-A

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew A. Bills

All other names by which you have been known: _____

ID Number: 424911

Current Institution: ARF

Address: 2727 E. Beecher St.
Adrian, MI 49221

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Bristoll

Job or Title (if known): Nurse

Shield Number: _____

Employer: MDOC

Address: 2727 E. Beecher St.
Adrian, MI 49221

[✓] Individual capacity    [✓] Official capacity

2

Defendant No. 2

    Name      MAT LINE Staff
    Job or Title (if known)      Nurses
    Shield Number
    Employer      MDOC
    Address      2727 E. Beecher St, Adrian MI 49221

☑ Individual capacity      ☑ Official capacity

Defendant No. 3

    Name      Campbell
    Job or Title (if known)      Warden
    Shield Number
    Employer      MDOC
    Address      2727 E. Beecher St, Adrian, MI 49221

☑ Individual capacity      ☑ Official capacity

Defendant No. 4

    Name      Medical Staff in Lansing
    Job or Title (if known)      Nurses,
    Shield Number
    Employer      MDOC
    Address      P.O. Box 30003, Lansing MI 48900

☑ Individual capacity      ☑ Official capacity

3

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment,

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Each defendant is trained in medical. They know a substance abuse disorder never goes away. They know that from time to time there'll be slips, and they punish us with a ticket and sanctions and removed from suboxone program. They know the substance abuse & risk of death will be much worse if suboxone is taken.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Each defendant knows Plaintiffs are substance abuse DEPENDANT, and are still trying to take suboxone away- for the same reasons that got us put on suboxone.

5

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. ARF 2727 E. Beecher St. Adrian, MI 49221 10-10-25

C. What date and approximate time did the events giving rise to your claim(s) occur? 10-10-25

6

Plaintiff Cary's statement

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

We were put on suboxone for having a substance abuse disorder. The suboxone is to help reduce substance abuse use. Yet we've been found with substances or under the influence, we got misconducts, got sanctions and now even after being punished, they're taking the suboxone away. The POSTED rules do NOT state if you get a substance abuse you will be taken off the mat lines. There are over 2 posted rules, NONE state you'll be taken off suboxone for catching substance abuse tickets. The main reason we're put on suboxone is to help lessen our substance abuse, use, ANY medically trained person knows substance abuse is a serious disorder, and can be treated with medications, to lessen & sometimes eliveate substance use. Here for the same SAME reasons were put on suboxone, is the same reasons we're being taken off. To stop suboxone for a severe disorder will put our lives at greater risk than if we were on suboxone. Thats not sound, If on suboxone a person uses still. The suboxone, dose should be increased not decreased & taken away. Mat lines staff say if we get 3 substance abuses we're done. I, Cary have 2 tickets, one, for having suboxone left in my mouth, and the posted rules say more water is to be given to wash left over suboxone out, & a cracker shall be ate, these weren't done. I immedently consumed the suboxone when Nurse Shell told me where it was. He still wrote me up. I'm being taken off suboxone, for that. & 1 other time I was being extorted so I smuggled it.

I was put on Suboxone Because I Am A Active Drug Addic who is Addicted To Both Heroin and fentenal And Suboxone Saved My Li Because with it I have No/Zero Cravings And I Do not use Heroin or other abuse of Substances except for ~~fentenal~~ Sobo, one And with it is a Life Line / Life Suport! I caught Three Misconducts and Now I Am Being Terminated from The MAT Program and Tooken off of Suboxtone Because of These Misconducts And Now They Are going To Take me off Because of Substance Abuse The Very Reason why I was put on Suboxtone was Souly Due to Substance Abuse And my Due Process was Violated Because The Substance for The Cause of The Misconducts was Never Tested Via Lab or proven for A fact That The eledged Substance was in fact Suboxtone! But for MA Line Nurses To Be Able To Remove me from MAT Line will Be 100% Certine Death Because I will Die with out it Because its The only Reason for me not To use Heroin or fentenal! By Them Removing me from The MAT Program will in So many words pull The Plug of My Life Suport which is Suboxtone And I will Then 100% will use Asa Suboxtone is Saving my life with out it will Mean Certine Death! I should not Have To Die Becase of A misconduct that was never proven To Be A fact Nor Sent To The Lab To Be Tested And even if it was proven is no Reason To pull The plug on my life suport which is Suboxtone So I Am Begging This Court to please Grant me This R.T.O for you or A Jury can Deside if A Misconduct is Reason enough To Remove someone from A Life Saving Medication That is proven To work! I Have A Right To Live Like everyone else I Shouldn't Have To Lose my Life Because I Have A Drug Disorder And This is Retailation Against me for Having other Law Suits on The some people And They Are Retailiating Against me for it!

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. we will now use more often and greater amounts of substance putting our lives in danger, because we use Fentonal & heroin with Fentonal in it. Suboxone is literally saving our lives. And we aredy get 25 days of LOP, and n Level points, & a Flop from Parole board, Lose our wifes, & freedom for Longer, for stuff we aint even do, for substance abuse, Now we loose all that? I think that may be a due process & equal protection Laws.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

More education on treating clients with substance abuse, disorders, and $275,000⁰⁰ from each defendant for punitive damages and $275,000⁰⁰ from each defendant for compensatory damages

8

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ALF

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL, I'm on modified access I kited the grievance Coordinator requesting to grieve See attached co. of the Kite. Its been 30 days with no response. I have No other ~~grievance~~ appeals, Emy/

I tried to grieve, its been 30 days with no response, See attached grievance.

gold copy- Andrew Bills #424911
                name #

9

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☞ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

10

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Kited again Guy, 264436

Tried to file a 2nd grievance Andrew Bills #424911
                                    Name  #

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

We tried twice.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Defendant Bristol

She said don't abuse the Program & you won't get kicked out

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. There is now appeal to modified access requests.

Guy 264436

I tried to file a seperate grievance to get a reciept No reciept came the grievance was never addressed. Andrew Bills #424911
                                                                           Name #

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. Don't have access to cases

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

12

    4.    Name of Judge assigned to your case

           _____

    5.    Approximate date of filing lawsuit

           _____

    6.    Is the case still pending?

          ☐    Yes

          ☐    No

           If no, give the approximate date of disposition. _____

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        ☑    Yes

        ☐    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)   Don't have access to it

        Defendant(s)  _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

        _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10-11_, 20_25_.

Signature of Plaintiff's _Bryan Cry_ / _Andrew_
Printed Name of Plaintiff's _Bryan Cry_ / _Andrew Bills_
Prison Identification # _264436_ / _424911_
Prison Address _Gus Harrison Correctional Facility_
_Adrian_,           _MI_           _49221_
City                State         Zip Code

14

**Additional Information:**

MICHIGAN DEPARTMENT OF CORRECTIONS  
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94  
CSJ-247A

Date Received at Step I _____ Grievance Identifier: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Be brief and concise in describing your grievance issue. If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| | | A~ | | 9-10-25 | 7-11 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? _____  
If none, explain why.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

_____  
Grievant's Signature

RESPONSE (Grievant Interviewed? ☐ Yes ☐ No   If No, give explanation. If resolved, explain resolution.)

**POOR QUALITY ORIGINAL**

_____  _____  _____  _____  
Respondent's Signature  Date  Reviewer's Signature  Date

_____  _____  _____  _____  
Respondent's Name (Print)  Working Title  Reviewer's Name (Print)  Working Title

| Date Returned to Grievant: | If resolved at Step I, Grievant sign here. Resolution must be described above. | Grievant's Signature | Date |

DISTRIBUTION:  White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

Andrew Bills #424911
127 East Beecher Rd
Adrain, Mich 49221

**RECEIVED**
OCT 29 2025
CLERK'S OFFICE
DETROIT



U.S. MARSHALS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.·ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

FIRST-CLASS

ZIP 49221
02 7W
0008037666 OCT. 20. 2025.

US POSTAGE™ PITNEY BOWES
$ 003.00°